**Order entered November 17, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00152-CR

### JAVIER ARRIAGA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 203rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F19-55884-P

## ORDER

Before the Court is appellant's November 14, 2022 third motion to extend the time to file his brief. As grounds for extension, appellant points to two deficiencies with the record—a docket sheet missing from the clerk's record, and in the reporter's record at volume three, page 127, a half-page of testimony that is blocked out. Appellant's counsel informs the Court that he has requested supplementation of the clerk's record to obtain the docket sheet, and he has

attempted to contact court reporter Crystal R. Brown to request supplementation of the reporter's record, but he has been unable to communicate with her.[1]

To allow appellant's counsel time to rectify the issues with the record and complete appellant's brief, we **GRANT** the motion to extend appellant's brief. We **ORDER** appellant to file his brief by **December 14, 2022**.

If appellant's brief is not filed by December 14, 2022, the Court will abate this case to the trial court for a hearing on why the brief has not been filed and to address any outstanding issues with the record. *See* TEX. R. APP. P. 34.6(e), 38.8(b)(2).

We **DIRECT** the Clerk to transmit a copy of this order to the Honorable Raquel Jones, Presiding Judge, 203rd Judicial District Court; Crystal R. Brown, court reporter; and to counsel for the parties.

/s/    LANA MYERS
       JUSTICE

---

[1] We note that Ms. Brown has left her position with the 203rd Judicial District Court and is now the court reporter for the 44th Judicial District Court.